UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                              CRIMINAL NO.: 3:22-CR-14-CHB

ROBERT LOUIS SANCHEZ, ET AL.                                                      DEFENDANTS

## MOTION TO UNSEAL

Comes the United States of America, by counsel, Corinne E. Keel, Assistant United States Attorney for the Western District of Kentucky and moves the Court for an Order fully unsealing both the Indictment [DN 1] and the Superseding Indictment [DN 65] in this case. All defendants charged in the first Indictment and Superseding Indictment are aware of the charges contained therein and there is no longer a need for them to remain sealed.

        Respectfully submitted,

        MICHAEL A. BENNETT
        United States Attorney


        /s/ Corinne E. Keel
        Corinne E. Keel
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        PH: (502) 625-7041
        Email: Corinne.Keel@usdoj.gov

# **CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

                                        /s/ Corinne E. Keel
                                        Corinne E. Keel
                                        Assistant U.S. Attorney